# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 22 WAP 2014
:
          Appellant       : Appeal from the Order of the Court of
                             : Common Pleas of Blair County entered
                             : May 14, 2014 at No.
          v.            : CP-07-CR-0000583-2013.
:
:
STEVEN M. WEYANT,           :
:
          Appellee       :

## ORDER

**PER CURIAM**

    **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**.  See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).